**Order issued July 2, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00674-CV

———————————

**GRIFFITH TECHNOLOGIES, INC., BENNETT W. GRIFFITH, JENNIFER GRIFFITH, BWJAG ENTERPRISES, LLC, PARTNERS N PRODUCTION, LLC, TONY LI AND JIMMY LEGG, Appellants**

**V.**

**PACKERS PLUS ENERGY SERVICES, (USA), INC. AND PACKERS PLUS ENERGY SERVICES, INC., Appellees**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-67543**

---

### MEMORANDUM ORDER

Appellants, Partners N Production ("PNP") and Tony Li ("Li"), have filed an

unopposed partial motion to dismiss their appeals. *See* TEX. R. APP. P. 42.1(a)(1).

Appellants PNP and Li request dismissal of their appeals because they have settled

all their claims involving the appellees, Packers Plus Energy Services, (USA), Inc. and Packers Plus Energy Services, Inc. (collectively, "Packers"), and further request that PNP, Li, and the Packers be directed to pay their own appellate costs. *See* TEX. R. APP. P. 42.1(d). Appellants PNP and Li contend that this partial dismissal will not prejudice the appeals by the remaining appellants, Griffith Technologies, Inc., Bennett W. Griffith, Jennifer Griffith, BWJAG Enterprises, LLC, and Jimmy Legg (collectively, "Griffith Parties"), because the briefing period has closed and the Griffith Parties' claims do not depend on arguments raised by PNP or Li. *See* TEX. R. APP. P. 42.1(b). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellants PNP and Li's partial motion and dismiss their appeals and, upon issuance of this Court's judgment, appellate costs are to be taxed against the party who incurred the same among PNP, Li, and the Packers. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). The appeals by the Griffith Parties remain pending. *See* TEX. R. APP. P. 42.1(b).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.